WILLIAM LAVARRE, Respondent, v. WARNER BROS. PICTURES, INC., Appellant. —Action to recover the reasonable value of services alleged to have been performed by plaintiff at defendant's request in connection with the preparation and writing of certain motion picture stories alleged to have been accepted by defendant. Order denying defendant's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM LAVARRE, Respondent, v. WARNER BROS. PICTURES, INC., Appellant. — Order granting plaintiff's motion for examination before trial of defendant unanimously modified by eliminating from items 6 and 12 those parts commencing, " and whether the said picture was widely sold," and continuing to the end of those items, and the whole of item 13, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malldy and Townley, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. PARKAL HOLDING CORPORATION and Others, Defendants, Impleaded with MANUFACTURERS TRUST COMPANY, Appellant.—Action to foreclose a first mortgage, in which the plaintiff has a junior participating interest, covering premises known as the Park Royal Hotel. Order, as resettled, so far as appealed from, denying motion of defendant-appellant for judgment dismissing the complaint for insufficiency unanimously affirmed, with twenty dollars costs and disbursements, with leave to said defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MOLLY LEVINE, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.—Action by the beneficiary to recover the face amount of a policy of insurance on the life of her husband. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KATHERINE WARLIKER, Appellant-Respondent, v. THOMPSON BUCHANAN, Respondent-Appellant.— The parties were husband and wife. By a decree of the California Superior Court they were divorced and a maintenance provision was made in the decree for the support of the minor children to be paid to this plaintiff. She now sues for the accumulated installments thereunder. Order granting motion to strike out portions of defendant's answer modified by striking out the fourth affirmative defense in said answer, and as so modified affirmed, with twenty dollars costs and disbursements to the plaintiff, with leave to the defendant to serve an amended answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes for affirmance.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee under the Last Will and Testament of EUGENE FRAYER, Deceased, for ELIZABETH HARNED. ELIZABETH BURNELL SMITH and Others, Appellants; CENTRAL HANOVER BANK AND TRUST COMPANY, Trustee, Respondent.— Decree construing will and settling the account of trustee unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.